UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-03992-PSG (JCR) | Date | June 3, 2008 |
|---|---|---|---|
| Title | **KEITH TRIBBLE v. ROBERT J. HERNANDEZ** | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Debra Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** ORDER GRANTING MOTION FOR LODGED DOCUMENTS AND DENYING MOTION TO REQUEST THE COURT TO TAKE JUDICIAL NOTICE

Petitioner's "Motion to Lodge Documents and Motion to Request the Court to Take Judicial Notice of Said Documents" ("Motion"), filed on May 5, 2008, is granted as follows: the submitted documents have been lodged.

**IT IS SO ORDERED**

Initials of Preparer      dts