UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEITH TRIBBLE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>    Respondent. | No. CV 06-3992-PSG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Magistrate Judge's Amended Report and Recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The Amended Report and Recommendation is adopted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 9/11/09

                                                                       PHILIP S. GUTIERREZ<br>
                                                      HONORABLE PHILIP S. GUTIERREZ<br>
                                                         UNITED STATES DISTRICT JUDGE