# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH TRIBBLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>　　　　　Respondent. | No. CV 06-3992-PSG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the Magistrate Judge's Amended Report and Recommendation, IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: 9/11/09

　　　　　　　　　　　　　　　　　　　　HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE